

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2014

No. 04-14-00170-CV

**ANDERSON ENERGY CORPORATION AND ELLERSLY, INC.,**
Appellants/Cross-Appellees

v.

**DOMINION OKLAHOMA TEXAS EXPLORATION & PRODUCTION, INC.** and
Highmount Exploration & Production Texas, LLC,
Appellees/Cross-Appellants

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 0005419
Honorable Pedro Gomez, Judge Presiding

# O R D E R

The joint motion for extension of time to file reply briefs is hereby GRANTED. Time is extended to October 16, 2014.

It is so **ORDERED** on October 7, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court